# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOEL GRANT HARGIS**                                                      **PLAINTIFF**

**v.**                        **Case No. 4:25-cv-00112-LPR-JJV**

**JOHN KIRBY,** *et al.*                                                 **DEFENDANTS**

## ORDER

On February 6, 2025, a prisoner named Darla Ferguson filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 listing Joel Grant Hargis and several other individuals as Plaintiffs.[1] Because Mr. Hargis did not sign the Complaint, it was unclear if Mr. Hargis intended to participate in the lawsuit. Nevertheless, pursuant to Court policy, the Clerk severed the Complaint into four separate lawsuits with the above number being assigned to Mr. Hargis's case.

On February 11, 2025, the Court entered an Order directing Mr. Hargis to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Mr. Hargis that his failure to comply with the Order would cause his Complaint to be dismissed.[3] The Clerk mailed that Order to Mr. Hargis at "Jonesboro, AR," which is an incomplete address, because (1) it was the only address provided for him in the Complaint, and (2) Mr. Hargis was not in custody at any unit of the Arkansas Division of Correction or at the Craighead County Detention Center in Jonesboro at the time of mailing.[4] Predictably, the Order was returned undelivered.[5]

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] *Id.*

[4] *Id.*

[5] *See* Doc. 6.

It is a plaintiff's obligation to provide the Clerk with a valid mailing address.[6] Because none has been provided, it would be futile to grant Mr. Hargis an extension of time to comply with the Court's instructions. Accordingly, Mr. Hargis's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] Local Rule 5.5(c)(2).