IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOEL GRANT HARGIS**                                                                **PLAINTIFF**

v.                          Case No. 4:25-cv-00112-LPR-JJV

**JOHN KIRBY,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE